UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JUSTIN MENDOZA,

          Plaintiff,

          v.

CSP-LANCASTER,

          Defendant.

Case No. 2:25-cv-00841-MWC (DTB)

**ORDER ACCEPTING FINDINGS,
CONCLUSIONS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Defendant's Motion to Dismiss is granted. All of Plaintiff's 42 U.S.C. §1983 claims alleged against Defendant are dismissed with leave to amend. If Plaintiff still desires to pursue this action, he must

file a First Amended Complaint within thirty (30) days of the date of this Order, eliminating Defendant as a defendant.

If Plaintiff chooses to file a First Amended Complaint, it should bear the case number assigned in this case; be labeled "First Amended Complaint"; and be complete in and of itself without reference to any other pleading, attachment, or document.

DATED: March 23, 2026

_____
MICHELLE WILLIAMS COURT
United States District Judge

2