## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **2:25-cv-00841-MWC (DTB)**                    Date: **April 29, 2026**

Title:  **Justin Mendoza v. CSP- Lancaster**
==================================================================

**DOCKET ENTRY**
==================================================================

PRESENT:

### HON. DAVID T. BRISTOW, MAGISTRATE JUDGE

Rachel Maurice                                                  n/a
Deputy Clerk                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                          None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On February 20, 2026, the Court issued its Report and Recommendation ("R&R") recommending that Defendant CSP-Lancaster's Motion to Dismiss (Docket No. 12) be granted with leave to amend.  (Docket No. 24).  On March 23, 2026, the District Judge accepted the R&R and granted Defendant's Motion to Dismiss dismissing all of Plaintiff's 42 U.S.C. §1983 claims alleged against Defendant CSP-Lancaster, with leave to amend ("Order").  If Plaintiff still desired to pursue this action, he was ordered to file a First Amended Complaint within thirty (30) days of the date of the District Judge's Order, eliminating Defendant CSP-Lancaster as a defendant.  (Docket No. 26).

As of this date, Plaintiff has not filed a First Amended Complaint.  Accordingly, Plaintiff is ordered to show cause, in writing, no later than **May 22, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of a First Amended Complaint.  If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED.**

MINUTES FORM 11                                    Initials of Deputy Clerk  RAM
CIVIL-GEN