JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JUSTIN MENDOZA,

         Plaintiff,

         v.

CSP-LANCASTER,

         Defendant.

Case No. 2:25-cv-00841-MWC (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 1, 2026

_____
MICHELLE WILLIAMS COURT
United States District Judge